UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


EDDIE LEE THOMPSON,

               Plaintiff,

                                           CASE NO. 13-CV-12388
v.                                 HONORABLE GEORGE CARAM STEEH

MOUSA MOHAMMED, and
CONNIE KALE,

               Defendants.

_____/


## ORDER DENYING PLAINTIFF'S OBJECTIONS (Doc. 25)

On September 4, 2013, this court granted defendants' motions for summary judgment and denied plaintiff's motion for default judgment. Now before the court is plaintiff's paper entitled, "Objections." The court has construed the paper as a motion for reconsideration of the court's September 4, 2013 order. Local Rule 7.1(h)(3) of the United States District Court for the Eastern District of Michigan provides:

> **(3) Grounds.** Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

Plaintiff has failed to show a palpable defect by which the court has been misled or that correcting any alleged defect will result in a different disposition of the case. Accordingly,

-1-

plaintiff's motion for reconsideration (Doc. 25) hereby is denied.

**IT IS SO ORDERED**.

Dated:  September 13, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 13, 2013, by electronic and/or ordinary mail and
also on Eddie Lee Thompson, 874 Schafer Street,
Flint, MI  48503.

s/Barbara Radke
Deputy Clerk

---